

May 20, 2025

Hon. Judge Katharine H. Parker
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

> **APPLICATION GRANTED:** The Initial Case Management Conference scheduled for Friday, May 30, 2025 at 11:00 a.m. is hereby rescheduled to <u>Tuesday, July 29, 2025 at 11:30 a.m.</u> in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York Plaintiff is directed to serve this order, and a copy of the complaint on the Defendants.
>
> **APPLICATION GRANTED**
>
> *Katharine H. Parker*
> Hon. Katharine H. Parker, U.S.M.J.
> 05/20/2025

RE:   **JACKSON v. PLAN A GROUP, LLC, et al.**
      <u>**DOCKET NO. 1:25-cv-1748**</u>

Dear Judge Parker:

    The undersigned represents Malik Jackson, the plaintiff in the above-referenced matter. I write to provide a status update and to request a 30-day adjournment of the initial conference, currently scheduled for May 30, 2025 (Doc. 9). This is plaintiff's first request for an adjournment of the initial conference.

    This action was commenced on February 2, 2025, with the filing of a summons and complaint (Doc. 1). Service was completed on April 4, 2025, making the defendants answers due by April 25, 2025 (Docs. 10,11).

    To date, my office has not received any communication from the defendant or their counsel. However, we recently spoke with an employee who indicated that a manager would be in later today. We plan to follow up to determine whether they intend to participate in the action.

    In light of these circumstances, the undersigned respectfully requests a 30-day adjournment of the initial conference. This additional time may allow the defendant to appear. If the defendant continues to fail to appear, plaintiff intends to move for default judgment.

    Thank you for your time and consideration on this matter.

                                          Respectfully,
                                          /s/ Gabriel A. Levy