

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/23/2025

July 23, 2025

Hon. Judge Katharine H. Parker
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

> **APPLICATION GRANTED:** The Motion for Default due **August 23, 2025.** The ICMC scheduled for **07/29/2025** is hereby adjourned sine die.
>
> APPLICATION GRANTED
>
> *Katharine H. Parker*
> Hon. Katharine H. Parker, U.S.M.J.
> 07/23/2025

RE:   **JACKSON v. PLAN A GROUP, LLC, et al.**
        **DOCKET NO. 1:25-cv-1748**

Dear Judge Parker:

    The undersigned represents Plaintiff Malik Jackson in the above-referenced matter. I write to provide a status update and respectfully request that the upcoming conference be cancelled and that Plaintiff be granted 30 days to move for default judgment.

    Since my last letter to the Court (Doc. 12), I was able to speak with the owner of Plan A Group LLC. However, they have since gone silent despite multiple emails, calls, and letters, and it appears they do not intend to participate in this action. Accordingly, Plaintiff respectfully requests that the upcoming conference be cancelled and that the Court grant 30 days to move for default judgment in accordance with Your Honor's rules.

    Thank you for your time and consideration on this matter.

                                      Respectfully,
                                      /s/ Gabriel A. Levy